UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EQUAL EMPLOYMENT OPPORTUNITY             :     22mc145 (DLC)
COMMISSION,                              :
                                         :        ORDER
                          Plaintiff,     :
                                         :
            -v-                          :
                                         :
ADAPT COMMUNITY NETWORK                  :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. Accordingly, it is hereby

    ORDERED that oral argument shall be held in this case on **August 26, 2022 at 9:30 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York
           August 16, 2022

                                      _____
                                          DENISE COTE
                              United States District Judge