UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EQUAL EMPLOYMENT OPPORTUNITY             :    22mc145 (DLC)
COMMISSION,                              :
                                         :         ORDER
                           Plaintiff,    :
            -v-                          :
                                         :
ADAPT COMMUNITY NETWORK                  :
                                         :
                           Defendant.    :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    Oral argument in this case is currently scheduled to be held on August 26, 2022 at 9:30 a.m. It is hereby

    ORDERED that the oral argument is rescheduled to **August 25, 2022 at 2:00 p.m.** The hearing shall be held in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:   New York, New York
         August 23, 2022

                                             _____
                                                    DENISE COTE
                                       United States District Judge