UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
EQUAL EMPLOYMENT OPPORTUNITY          :          22mc145 (DLC)
COMMISSION,                           :
                        Applicant,    :              ORDER
                                      :
          -v-                         :
                                      :
ADAPT COMMUNITY NETWORK,              :
                                      :
                        Respondent.   :
                                      :
------------------------------------ X

DENISE COTE, District Judge:

On June 17, 2022, the respondent filed a memorandum of law

in opposition to the motion to enforce the administrative

subpoena.  Due to a filing error, the memorandum was refiled on

July 11, 2022.  Neither version of the respondent's memorandum

contains a signature.  Rule 11 of the Federal Rules of Civil

Procedure provides that:

> Every pleading, written motion, and other paper must
> be signed by at least one attorney of record in the
> attorney's name -- or by a party personally if the
> party is unrepresented.  The paper must state the
> signer's address, e-mail address, and telephone
> number. . . .  The court must strike an unsigned paper
> unless the omission is promptly corrected after being
> called to the attorney's or party's attention.

Fed. R. Civ. P. 11.  Local Civil Rule 11.1 further states that

"[e]very pleading, written motion, [or] other paper

must . . . have the name of each person signing it clearly

printed or typed directly below the signature."  Accordingly, it

is hereby

ORDERED that, before oral argument at 2:00 p.m. on August

25, 2022, the respondent shall file on ECF a properly signed

version of its memorandum.

Dated:      New York, New York
            August 24, 2022

                              _____
                                    DENISE COTE
                              United States District Judge