```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   22mc145 (DLC)
EQUAL EMPLOYMENT OPPORTUNITY          :
COMMISSION,                           :        ORDER
                     Applicant,       :
                                      :
          -v-                         :
                                      :
ADAPT COMMUNITY NETWORK,              :
                                      :
                     Respondent.      :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 23, 2022, the applicant filed a motion for enforcement of an administrative subpoena and for entry of an order equitably tolling the statute of limitations. The motion was fully submitted on June 29, 2022. Oral argument on the motion was held on August 25, 2022. For the reasons stated on the record at the August 25 hearing, the motion to enforce the subpoena is granted and the motion for equitable tolling is denied. Accordingly, it is hereby

ORDERED that by September 21, 2022, respondent shall respond to the subpoena in the format requested by the applicant.

IT IS FURTHER ORDERED that respondent shall file a letter with the Court on September 21 indicating the respondent's

compliance with this Order.

Dated:   New York, New York
         August 25, 2022

                              _____
                                    DENISE COTE
                              United States District Judge